**PROCTER & GAMBLE COMPANY,**
Plaintiff–Appellant,

v.

**RNA CORPORATION, Defendant.**

No. 2009–1226.

United States Court of Appeals,
Federal Circuit.

July 8, 2009.

Peter M. Lancaster, Dorsey & Whitney LLP, of Minneapolis, MN, for plaintiff-appellant. With him on the brief was Heather D. Redmond.

Before MAYER, PROST, and MOORE, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.